UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v. Docket No.: 4:19-CR-40046

JOHN ROBLES

---

ASSENTED-TO PARTIAL MOTION TO JOIN MOTION TO SUPPRESS AND MEMORANDUM FILED BY CODEFENDANT GARCIA AND DOCKETED AS DOCUMENT NO.78 AND 79

---

Now comes John Robles and moves to join the motion to suppress and memorandum on defendant's motion to suppress filed by the Defendant Amauris Garcia and docketed as document no. 78 and 79. Mr. Robles moves to join only so much of that motion that involves the wiretap of telephone 917-331-7948 (TT2/Garcia telephone) as renewed on August 29, 2010. As grounds for this motion the defendant Robles states he is an "aggrieved person" under 18 U.S.C. §2510(11) inasmuch as he was a party to evidence obtained directly or derivatively from intercepted telephone communications from telephone 917-331-7948 (TT2/Garcia telephone). As the issues and claims are identical to those raised in the Garcia motion and no additional arguments are raised herein, the Government, through AUSA Noto does not object to the timing of this motion to join or to Mr. Robles' standing to file/join the motion.

Respectfully Submitted,
JOHN ROBLES
By his attorney,

__/s/ Brian Murphy________

Brian E. Murphy (666238)
Murphy & Rudolf LLP
One Mercantile Street | Suite 740

Worcester, MA 01608
murphy@murphyrudolf.com
Phone: (508) 425-6330
Fax: (508) 536-0834

Dated: May 20, 2020

CERTIFICATE OF SERVICE

I hereby declare that I have today filed this document in the above case using ECF system which shall send notification of such filing to the United States Attorney and all other parties.

__/s/ Brian Murphy________
Brian E. Murphy